```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02675-RNO
Barbara A. Shotzberger                                          Chapter 13
John E. Shotzberger
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: karendavi        Page 1 of 1        Date Rcvd: Sep 21, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db/jdb         +Barbara A. Shotzberger,    John E. Shotzberger,    18 Locust Street,    Lewistown, PA 17044-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Joint Debtor John E. Shotzberger dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Plaintiff John E. Shotzberger dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor Barbara A. Shotzberger dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Plaintiff Barbara A. Shotzberger dhahn@nittanylaw.com
              Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: No. 1-15-bk-02675-RNO
BARBARA A. SHOTZBERGER and JOHN E. :
SHOTZBERGER, :
: Chapter 13
                  Debtor :

## ORDER

      AND NOW, upon consideration of the Third and Interim Application of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., Attorneys for Debtor, for Compensation, notice having been mailed to all creditors and parties in interest of the within estate, and no objections having been timely filed thereto, it is accordingly,

      ORDERED that the Trustee make an allowance to them in the sum of $1,102.50 for professional services rendered and $0.00 for reimbursement for actual and necessary expenses incurred by it, for a total allowance of $1,102.50, from September 15, 2016, to March 15, 2017, in this case.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 21, 2017